

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00936-CV

**IN RE LUPE TORTILLA RESTAURANT**, RDM Inc., EPG Inc., Tres Habaneros/The Rim
Ltd., and Lupe Holdings LP, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice[2]
                Liza A. Rodriguez, Justice

Delivered and Filed: November 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On October 19, 2023, relators filed a petition for a writ of mandamus. This court has

determined the relators are not entitled to the relief sought. Therefore, the petition for a writ of

mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020-CI-14918, styled *Wendy Kay Shantz v. Lupe Tortilla Restaurant, RDM Inc, EPG Inc., Tres Habaneros/The Rim Ltd., and Lupe Holdings LP*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2]Not participating.